# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

v.                              **No. 4:20-cr-283-DPM**

**HAROLD JEROME KELLEY**                                    **DEFENDANT**
Reg. No. 24077-009

## ORDER

Kelley moves to reduce his sentence based on amendments to the Sentencing Guidelines. When he was sentenced, he received two criminal history status points because he was on supervised release when he committed his new crime. He wouldn't receive any status points under the amended Guidelines. This change affects Kelley's advisory guideline range. He is now in criminal history category III. The United States opposes the motion.

Kelley waived his right to seek a sentence reduction under 18 U.S.C. § 3582(c)(2). At his plea hearing, and at the Court's request, the United States outlined all the key terms of the plea agreement, including the waiver of the right to seek a sentence reduction. Kelley responded that this was the deal he'd made. He is an educated person, and confirmed that he had read the whole agreement, reviewed it with his lawyer, and understood all of it. Plus, Kelley received a significant benefit in entering into this agreement: the United States agreed that it would not seek a sentencing enhancement pursuant to 21 U.S.C. § 851.

His waiver was knowing and voluntary and the Court finds that enforcing the waiver doesn't result in a miscarriage of justice.   The United States's motion to dismiss, *Doc. 26,* is therefore granted.  Kelley's motion, *Doc. 25,* is denied.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

*25 June 2024*